UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

MELENDEZ, MICHAEL (Pro Se)

vs.                      CIVIL ACTION NO. 2023-CV-00172SM

UNIVERSITY OF NEW HAMPSHIRE; Et. Al.

**ASSENTED – PLAINTIFF'S MOTION TO AMEND ORIGINAL COMPLAINT**

Pursuant to Rule 15(a), Plaintiff Melendez respectfully moves for permission to amend the original complaint as a matter of course. Plaintiff Melendez supports this motion with the attached amended complaint and supporting memorandum.

Date: June 23, 2023                          Signature: */s/ Michael Melendez, pro se*
                                                                          Name: Michael Melendez
                                                                          Address: 395 Mendon Road
                                                                                     Apt 12A
                                                                                  North Smithfield, RI 02896
                                                                  Telephone No.: (915) 490-6715

**MEMORANDUM OF LAW**

Pursuant to LR 7.1(a)(2), every motion shall be accompanied by a memorandum with citations to supporting authorities or a statement explaining why a memorandum is unnecessary.

- I have attached a supporting memorandum of law to this motion.

Date: June 23, 2023                          Signature: */s/ Michael Melendez, pro se*
                                                                          Name: Michael Melendez

**CONCURRENCES SOUGHT**

Pursuant to LR 7.1(c), any party filing a motion other than a dispositive motion (a dispositive motion seeks an order disposing of one or more claims in favor of the moving party, for example, a motion to dismiss or a motion for summary judgment) shall certify to the court that a good faith attempt has been made to obtain concurrence/agreement in the relief sought. If concurrence is obtained, the moving party shall so note.

I certify the following: All parties have assented/agreed to this motion.

Date: June 23, 2023                                      Signature: /s/ *Michael Melendez, pro se*
                                                         Name: Michael Melendez

# CERTIFICATE OF SERVICE

I certify that on June 23, 2023, a copy of the foregoing (Plaintiff's Motion to Amend Original Complaint) was e-mailed to counsel for the defendant(s)) at:

**Gregory Manousos**
Morgan, Brown & Joy, LLP
200 State Street, 11th Floor
Boston, MA 02109-2605
(617) 788-5024
gmanousos@morganbrown.com

**Rachel Shapiro**
Morgan, Brown & Joy, LLP
200 State Street, 11th Floor
Boston, MA 02109-2605
(617) 788-5024
rshapiro@morganbrown.com


Date: June 23, 2023                                      Signature: /s/ *Michael Melendez, pro se*
                                                         Name: Michael Melendez