FILED - USDC -NH
2023 NOV 29 AM 10:14

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

MELENDEZ, MICHAEL (Pro Se)

vs.                                                              CIVIL ACTION NO. 2023-CV-00172SM

UNIVERSITY OF NEW HAMPSHIRE; Et. Al.

## PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT

Pursuant to Rule 15(a), Plaintiff Melendez respectfully moves for Leave of Court to amend Plaintiff's Amended Complaint. Plaintiff Melendez supports this motion with the attached amended complaint and supporting memorandum.

Date: November 27, 2023

Signature: /s/ Michael Melendez, pro se
Name: Michael Melendez
Address: 395 Mendon Road
Apt 12A
North Smithfield, RI 02896
Telephone No.: (915) 490-6715

## MEMORANDUM OF LAW

Pursuant to LR 7.1(a)(2), every motion shall be accompanied by a memorandum with citations to supporting authorities or a statement explaining why a memorandum is unnecessary.

- I have attached a supporting memorandum of law to this motion.

Date: November 27, 2023

Signature: /s/ Michael Melendez, pro se
Name: Michael Melendez

## CONCURRENCES SOUGHT

Pursuant to LR 7.1(c), any party filing a motion other than a dispositive motion (a dispositive motion seeks an order disposing of one or more claims in favor of the moving party, for example, a motion to dismiss or a motion for summary judgment) shall certify to the court that a good faith attempt has been made to obtain concurrence/agreement in the relief sought. If concurrence is obtained, the moving party shall so note.

1

I have not attempted to obtain concurrence/agreement due to the matter being discussed in the October 31, 2023 hearing.

Date: <u>November 27, 2023</u>                              Signature: <u>/s/ Michael Melendez, pro se</u>
                                                            Name: <u>Michael Melendez</u>

## CERTIFICATE OF SERVICE

I certify that on November 27, 2023, a copy of the foregoing (Plaintiff's Motion for Leave to Amend Complaint) was e-mailed to counsel for the defendant(s) at:

**Gregory Manousos**
Morgan, Brown & Joy, LLP
200 State Street, 11th Floor
Boston, MA 02109-2605
(617) 788-5024
gmanousos@morganbrown.com

**Jeffrey Collins**
Morgan, Brown & Joy, LLP
200 State Street, 11th Floor
Boston, MA 02109-2605
(617) 788-5024
jcollins@morganbrown.com

**Jenna Asarese**
Morgan, Brown & Joy, LLP
200 State Street, 11th Floor
Boston, MA 02109-2605
(617) 788-5024
jasarese@morganbrown.com

Date: <u>November 27, 2023</u>                              Signature: <u>/s/ Michael Melendez, pro se</u>
                                                            Name: <u>Michael Melendez</u>

# PRIORITY MAIL EXPRESS®

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT




To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

EP13F July 2022

**FROM:** (PLEASE PRINT)  **PHONE** (915) 490-6715

Michael Melendez
395 Mendon Road
APT 12A
Northsmithfield, RI 02896

**DELIVERY OPTIONS** (Customer Use Only)
☐ SIGNATURE REQUIRED
☐ No Saturday Delivery
☐ Sunday/Holiday Delivery Required

**TO:** (PLEASE PRINT)  **PHONE ( )**

US District Court of New Hampshire
55 Pleasant Street
Room 110
Concord, NH 03301



PEEL FROM THIS CORNER

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

---

RDC 07

EI 054 171 269 US

$28.15

R2305K138681-3

**PAYMENT BY ACCOUNT** (if applicable)

**ORIGIN (POSTAL SERVICE USE ONLY)**

☒ 1-Day ☐ 2-Day ☐ Military ☐ DPO

PO ZIP Code: 32960
Date Accepted (MM/DD/YY): 11/27/23
Time Accepted: 12:15 PM
Scheduled Delivery Date: 11/28/23
Postage: $26.75

Weight: ☒ Flat Rate

Total Postage & Fees: $26.25

**DELIVERY (POSTAL SERVICE USE ONLY)**

LABEL 11-B, MAY 2021   PSN 7690-02-000-9996





UNITED STATES POSTAL SERVICE®