UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

MELENDEZ, MICHAEL (Pro Se)

vs.

CIVIL ACTION NO. 2023-CV-00172SM

UNIVERSITY OF NEW HAMPSHIRE; Et. Al.

## PLAINTIFF'S NOTICE OF ADDRESS CHANGE

Please take notice, Plaintiff Melendez has changed the mailing address to:

6253 Catalina Drive,
Bldg. 1, Unit 121,
North Myrtle Beach, SC 29582

Date: January 8, 2024

Signature: /s/ Michael Melendez, pro se
Name: Michael Melendez
Address: 6253 Catalina Drive,
Bldg. 1, Unit 121,
North Myrtle Beach, SC 29582
Telephone No.: (915) 490-6715

## CERTIFICATE OF SERVICE

I certify a copy of the foregoing (Plaintiff's Notice of Address Change) was e-mailed to counsel for the defendant(s) at:

**Gregory Manousos**
Morgan, Brown & Joy, LLP
200 State Street, 11th Floor
Boston, MA 02109-2605
(617) 788-5024
gmanousos@morganbrown.com

1

**Jeffrey Collins**
Morgan, Brown & Joy, LLP
200 State Street, 11th Floor
Boston, MA 02109-2605
(617) 788-5024
jcollins@morganbrown.com

**Jenna Asarese**
Morgan, Brown & Joy, LLP
200 State Street, 11th Floor
Boston, MA 02109-2605
(617) 788-5024
jasarese@morganbrown.com

Date: <u>January 8, 2024</u>

Signature: <u>/s/ Michael Melendez, pro se</u>
Name: <u>Michael Melendez</u>