UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| MICHAEL MELENDEZ,<br><br>      Plaintiff (Pro Se),<br><br>v.<br><br>UNIVERSITY OF NEW HAMPSHIRE, in its official and individual capacity, LAUREN BERGER, in her official and individual capacity, SHANE COOPER, in his official and individual capacity, NELSON RAUST, in his official and individual capacity, BRAD HINTON, in his official and individual capacity, SOPHIE SPARROW, in her official and individual capacity, EMILY WILCOX, in her official and individual capacity, MEGAN CARPENTER, in his official and individual capacity, REBECCA PURDOM, in her official and individual capacity, JON CAVICCHI, in his official and individual capacity, DALE KENNY, in her official and individual capacity, ALBERT SCHERR, in his official and individual capacity, MICHAEL DUBE, in his official and individual capacity, BIRON BEDARD, in his official and individual capacity, ELIZABETH WOODCOCK, in her official and individual capacity, MATTHEW GRADY, in his official and individual capacity, JAMES DEAN, in his official and individual capacity, MELISSA CHRISTENSEN, in her official and individual capacity, SETH ORANBURG, in his official and individual capacity, RACHEL SHAPIRO, in her official and individual capacity, and MORGAN, BROWN and JOY, LLP, in its official and individual capacity,<br><br>      Defendants. | Case Number: 2023-cv-00172-SM |

## DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO FILE FOURTH AMENDED COMPLAINT

On January 10, 2024, *Pro se* plaintiff Michael Melendez—a former law student at the University of New Hampshire ("UNH" or the "University") filed a motion to amend his complaint for the fourth time. (Docket No. 36). While Defendants have significant concerns about the burdensome nature of Plaintiff's approach to this case – he has now amended his Complaint several times after Defendants filed a responsive pleading – Defendants will not oppose this motion because it removes some of the claims asserted and clarifies some allegations.

Defendants had filed a Motion to Dismiss the Third Amended Complaint, which will be rendered moot if the Court grants Plaintiff's Motion and the Fourth Amended Complaint becomes the operative pleading. Should the Court grant Plaintiff's Motion, Defendants reserve the right to re-file their Motion to Dismiss to conform to the Fourth Amended Complaint.

Respectfully submitted,

DEFENDANTS

University Of New Hampshire, Lauren Berger, Shane Cooper, Nelson Raust, , Brad Hinton, Sophie Sparrow, Emily Wilcox, Megan Carpenter, Rebecca Purdom, Jon Cavicchi, Dale Kenny, Albert Scherr, Michael Dube, Biron Bedard, Elizabeth Woodcock, Matthew Grady, James Dean, Melissa Christensen, Seth Oranburg, Rachel Shapiro, And Morgan, Brown And Joy, LLP

By Their Attorneys,

*/s/ Gregory Manousos*
Gregory Manousos, *pro hac vice*
Jeffrey T. Collins (NH Bar No. 11260)

**MORGAN, BROWN & JOY, LLP**
200 State Street, Suite 11A
Boston, MA 02109
T: (617) 523-6666
E: gmanousos@morganbrown.com
E: jcollins@morganbrown.com

Date: January 16, 2024

## CERTIFICATE OF SERVICE

      I hereby certify that on January 16, 2024, this document filed through the ECF system will be sent electronically to registered participants as identified on the Notice of Electronic Filing (NEF) and, per written agreement of the Parties, copies shall be sent via email to Michael Melendez at Michael.Melendez@law.unh.edu.

                                                */s/ Gregory Manousos*
                                                Gregory Manousos