UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>MELENDEZ, MICHAEL (Pro Se)</u>

vs.     CIVIL ACTION NO. 2023-CV-00172SM

<u>UNIVERSITY OF NEW HAMPSHIRE; Et. Al.</u>

## PLAINTIFF'S MOTION FOR LEAVE TO SUPPLEMENT COMPLAINT

Pursuant to Rule 15(d), Plaintiff Melendez respectfully moves for Leave of Court to supplement Plaintiff's complaint. Plaintiff Melendez supports this motion with the attached amended complaint and supporting memorandum.

Date: <u>March 15, 2024</u>

Signature: <u>/s/ *Michael Melendez, pro se*</u>
Name: <u>Michael Melendez</u>
Address: <u>6253 Catalina Drive,</u>
<u>Bldg. 1, Unit 121,</u>
<u>North Myrtle Beach, SC 29582</u>
Telephone: <u>(915) 490-6715</u>

## MEMORANDUM OF LAW

Pursuant to LR 7.1(a)(2), every motion shall be accompanied by a memorandum with citations to supporting authorities or a statement explaining why a memorandum is unnecessary.

- I have attached a supporting memorandum of law to this motion.

Date: <u>March 15, 2024</u>

Signature: <u>/s/ *Michael Melendez, pro se*</u>
Name: <u>Michael Melendez</u>

## CONCURRENCES SOUGHT

1

Pursuant to LR 7.1(c), any party filing a motion other than a dispositive motion (a dispositive motion seeks an order disposing of one or more claims in favor of the moving party, for example, a motion to dismiss or a motion for summary judgment) shall certify to the court that a good faith attempt has been made to obtain concurrence/agreement in the relief sought. If concurrence is obtained, the moving party shall so note.

      a. I made a good faith attempt, but was unable to successfully obtain concurrence/agreement from all parties.

Date: <u>March 15, 2024</u>       Signature: <u>/s/ Michael Melendez, pro se</u>
Name: <u>Michael Melendez</u>

## CERTIFICATE OF SERVICE

I certify a copy of the foregoing (Plaintiff's Motion for Leave to Supplement Complaint) was e-mailed to counsel for the defendant(s) at:

**Gregory Manousos**
Morgan, Brown & Joy, LLP
200 State Street, 11th Floor
Boston, MA 02109-2605
(617) 788-5024
gmanousos@morganbrown.com

**Jeffrey Collins**
Morgan, Brown & Joy, LLP
200 State Street, 11th Floor
Boston, MA 02109-2605
(617) 788-5024
jcollins@morganbrown.com

**Jenna Asarese**
Morgan, Brown & Joy, LLP
200 State Street, 11th Floor
Boston, MA 02109-2605
(617) 788-5024
jasarese@morganbrown.com

Date: <u>March 15, 2024</u>       Signature: <u>/s/ Michael Melendez, pro se</u>
Name: <u>Michael Melendez</u>



U.S. POSTAGE PAID
PM
SURFSIDE BEACH, SC 29575
MAR 15, 2024
$9.85
R2305K141898-10

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

# UNITED STATES POSTAL SERVICE ®

# PRIORITY MAIL ®

RDC 03   0 Lb 11.50 Oz   03301



**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

■ Expected delivery date specified for domestic use.
■ Domestic shipments include $100 of insurance (restrictions apply).*
■ USPS Tracking® service included for domestic and many international destinations.
■ Limited international insurance.**
■ When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
**See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

**TRACKED ■ INSURED**

EXPECTED DELIVERY DAY: 03/18/24

USPS TRACKING® #



9505 5121 1476 4075 0951 34

2/2

# PRIORITY MAIL ®

**FROM:**
Michael Melendez
395 Menlon Road
Apt 124
North Smithfield, RI 02896

**TO:**
U.S. District Court
District of New Hampshire
Room #110
55 pleasant St.
Concord, NH 03301

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE



To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP



Label 228, March 2016

FOR DOMESTIC AND INTERNATIONAL USE

Label 107R, January 2008