UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Michael Melendez</u>

    v.     Case No. 23-cv-172-SM

<u>University of New Hampshire, et al</u>

ORDER

The Motion to Reconsider the Court's November 12, 2024 R&R (doc. no. 78) is hereby construed as an objection to the Report and Recommendation. After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Talesha L. Saint-Marc dated November 12, 2024, for the reasons set forth therein.

**So Ordered.**

_____
Steven J. McAuliffe
United States District Judge

Date: February 10, 2025

cc:  Michael Melendez, pro se
     Counsel of Record