# United States Court of Appeals
## For the First Circuit

No. 24-1923

MICHAEL MELENDEZ,

Plaintiff - Appellant,

v.

UNIVERSITY OF NEW HAMPSHIRE, in its official and individual capacity; LAUREN BERGER, in her official and individual capacity; SHANE COOPER, in his official and individual capacity; NELSON RAUST, in his official and individual capacity; BRAD HINTON; SOPHIE SPARROW; MEGAN CARPENTER; EMILY WILCOX; REBECCA PURDOM; JON CAVICCHI; DALE KENNY; ALBERT SCHERR; MICHAEL DUBE; BIRON BEDARD; ELIZABETH WOODCOCK; MATTHEW GRADY; JAMES DEAN; MELISSA CHRISTENSEN; SETH ORANBURG; RACHEL SHAPIRO; MORGAN BROWN & JOY LLP,

Defendants - Appellees.

**JUDGMENT**

Entered: March 26, 2025
Pursuant to 1st Cir. R. 27.0(d)

By order entered February 24, 2025, appellant was directed to show cause in writing as to why this appeal should not be dismissed for lack of jurisdiction. Appellant was warned that failure to respond by March 10, 2025 would lead to dismissal for lack of diligent prosecution.

Appellant having failed to file a timely response, it is hereby ordered that the above-captioned appeal be dismissed in accordance with 1st Cir. R. 3.0(b).

By the Court:

Anastasia Dubrovsky, Clerk

cc: Michael Melendez, Gregory A. Manousos, Catherine Marie Scott