UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Michael Melendez</u>

    v.                                                              Case No. 23-cv-172-SM

<u>University of New Hampshire, et al</u>

<u>JUDGMENT</u>

    Judgment is hereby entered in accordance with the Orders by Judge Steven J. McAuliffe dated February 10, 2025 and September 8, 2025.

                                                     By the Court:

                                                     /s/ Tracy A. Uhrin
                                                     Tracy A. Uhrin
                                                     Clerk of Court

Date: September 9, 2025

cc:   Michael Melendez, pro se
       Counsel of Record