UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>MELENDEZ, MICHAEL (Pro Se)</u>

    vs.                         CIVIL ACTION NO. 2023-CV-00172SM

<u>UNIVERSITY OF NEW HAMPSHIRE; Et. Al.</u>

### PLAINTIFF MELENDEZ'S RULE 3 (FRAP) NOTICE OF APPEAL OF THE COURT'S SEPTEMBER 9, 2025 JUDGMENT

Per Rule 3 of the Federal Rules of Appellate Procedures, Plaintiff Michael Melendez provides notice of appeal to the United States Court of Appeals for the First Circuit from the District Court's Judgment entered on September 9, 2025.

### LEGAL REVIEW

> An appeal permitted by law as of right from a district court to a court of appeals may be taken only by filing a notice of appeal with the district clerk within the time allowed by Rule 4. […].

Fed. R. App. P. 3(a)(1).

"A *pro se* document is [to]be liberally construed." *Estelle v. Gamble*, 429 U.S. 97, 106 (1976).

Date: <u>October 9, 2025</u>                                     <u>Signature: /s/ *Michael Melendez*, *pro se*</u>
                                                                                  <u>Name: Michael Melendez</u>

## CERTIFICATE OF SERVICE

I certify the foregoing (Plaintiff Melendez's Rule 3 (FRAP) Notice of Appeal of The Court's September 9, 2025 Judgment) was e-mailed to counsel for the defendant(s) at:

**Gregory Manousos**
Morgan, Brown & Joy, LLP
28 State Street, 16th Floor
Boston, MA 02109
(617) 788-5024
gmanousos@morganbrown.com

Date: October 9, 2025                                    Signature: /s/ *Michael Melendez, pro se*
                                                         Name: Michael Melendez