UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>MELENDEZ, MICHAEL (Pro Se)</u>

vs.                                            CIVIL ACTION NO. 2023-CV-00172SM

<u>UNIVERSITY OF NEW HAMPSHIRE; Et. Al.</u>

**PLAINTIFF MELENDEZ'S RULE 8 (FRAP) MOTION FOR STAY OF THE COURT'S SEPTEMBER 9, 2025 JUDGMENT**

Plaintiff Michael Melendez hereby requests the Court stay the Court's September 9, 2025 Judgment pending appeal to the First Circuit Court.

**LEGAL REVIEW**

"A party must ordinarily move first in the district court for […] a stay of the judgment or order of a district court pending appeal[.]" Fed. R. App. P. 8(a)(1)(A).

"A *pro se* document is [to]be liberally construed." *Estelle v. Gamble,* 429 U.S. 97, 106 (1976).

Date: <u>October 9, 2025</u>                    Signature: <u>*/s/ Michael Melendez, pro se*</u>
                                                Name: <u>Michael Melendez</u>

1

**CERTIFICATE OF SERVICE**

I certify the foregoing (Plaintiff Melendez's Rule 8 (FRAP) Motion for Stay of The Court's September 9, 2025 Judgment) was e-mailed to counsel for the defendant(s) at:

**Gregory Manousos**
Morgan, Brown & Joy, LLP
28 State Street, 16th Floor
Boston, MA 02109
(617) 788-5024
gmanousos@morganbrown.com

Date: October 9, 2025                                    Signature: /s/ *Michael Melendez, pro se*
                                                         Name: Michael Melendez